O AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

| UNITED STATES OF AMERICA<br>V.<br>*EMILIO ROLANDO ALDERETE CALLEROS* | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest<br>*1:09-mj-00060 GSA* | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information **X** Complaint ☐ Other (specify)
**charging a violation of** 8 U.S.C. § 1326(a), (b)(2)

**DISTRICT OF OFFENSE:** *Central District of CA*

**DESCRIPTION OF CHARGES:** Illegal Alien Found in the United States Following Deportation

**CURRENT BOND STATUS:**

☐ Bail fixed at $ _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation: ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

Interpreter Required? ☒ No ☐ Yes Language: _____

## EASTERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

___4/2/09___      _____
Date                           Magistrate Judge Gary S. Austin

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |